POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Christian L Raisner, 133839<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway Suite 200<br>Alameda, CA 94501-1091<br>TELEPHONE NO.: (510) 337-1001<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Charles Gilchrist, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Professional Technical Security Services, Inc. (Pr | CV 07 5803 MJJ |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>SERT14P-116462 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Notice of Availability, U.S. District Court Handout, U.S. District Court Local Rules, Order Setting Initial Case Management Conference

3. a. Party served: Professional Technical Security Services, Inc., (PROTECH), a Delaware Corporation

   b. Person Served: Sergio Reyes, Jr. - Person authorized to accept service of process

4. Address where the party was served: 625 Market Street 9th Floor
   San Francisco, CA 94105

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: November 26, 2007   (2) at *(time)*: 3:28 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Professional Technical Security Services, Inc., (PROTECH), a Delaware Corporation .

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Chris Beale
   b. Address:     One Legal, Inc. - 132-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 75.00
   e. I am:
      (3) registered California process server.
          (i)  Employee or independent contractor.
          (ii) Registration No.: 1020
          (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 27, 2007

Chris Beale
(NAME OF PERSON WHO SERVED PAPERS)                                             (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6652059