Charles Gilchrist, et al. v. Professional Technical Security
Services, Inc.,
Case No. CV 07-5803-MJJ
United States District Court – Northern District of
California – San Francisco Division

# EXHIBIT B

To Declaration of Elginia Bowers
In Support of Motion for Default
Judgment

# Hemming Morse, Inc.

*Certified Public Accountants*
*Litigation and Forensic Consultants*

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone  (415) 836-4000
Facsimile  (415) 777-2062
hm@hemming.com
www.hemming.com

29159999
March 29, 2004
Invoice # 126856

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
  Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 126856

For professional services rendered through February, 2004 as follows:

| | |
|---|---:|
| 2915 0073 - | $   97.50 |
| 2915 0105 - | 25.00 |
| 2915 0128 - | 25.00 |
| 2915 0130 - | 50.00 |
| 2915 0133 - | 12.50 |
| 2915 0134 - | 62.50 |
| 2915 0135 - | 579.42 |
| 2915 0139 - | 25.00 |
| 2915 0140 - | 25.00 |
| 2915 0141 - | 45.50 |
| 2915 0142 - | 25.00 |
| 2915 0143 - | 25.00 |
| 2915 0144 - | 25.00 |
| 2915 0145 - | 25.00 |
| 2915 0146 - | 25.00 |
| 2915 0147 - Pro Tech | 87.38 |
| 2915 0148 - | 25.00 |
| 2915 0149 - | 25.00 |
| 2915 0150 - | 25.00 |
| 2915 0151 - | 25.00 |
| 2915 0152 - | 37.50 |
| 2915 0000 – | 462.25 |
| | $ 1,759.55 |

**EXHIBIT B**



# Hemming Morse, Inc.

*Certified Public Accountants*

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone  (415) 836-4000
Facsimile  (415) 777-2062

Payable within 15 days from invoice date.
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

02-11-08  11:58am  From-HEMMING MORSE INC    +4154755662    066  P 04/20  F-028

# Hemming Morse, Inc.

**Certified Public Accountants**
**Litigation and Forensic Consultants**

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone  (415) 836-4000
Facsimile  (415) 777-2062
hmi@hemming.com
www.hemming.com

29159999
April 30, 2004
Invoice # 127005

ATTN: Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 127005

For professional services rendered through March, 2004 as follows:

| | |
|---|---:|
| 2915 0127 - | $    12.50 |
| 2915 0128 - | 405.00 |
| 2915 0130 - | 162.50 |
| 2915 0133 - | 112.50 |
| 2915 0134 - | 50.00 |
| 2915 0135 - | 294.42 |
| 2915 0139 - | 12.50 |
| 2915 0140 - | 25.00 |
| 2915 0141 - | 37.50 |
| 2915 0142 - | 12.50 |
| 2915 0143 - | 187.50 |
| 2915 0144 - | 12.50 |
| 2915 0145 - | 162.50 |
| 2915 0146 - | 12.50 |
| 2915 0147 - Pro Tech | 400.00 |
| 2915 0148 - | 25.00 |
| 2915 0149 - | 12.50 |
| 2915 0150 - | 212.50 |
| 2915 0151 - | 12.50 |
| 2915 0152 - | 12.50 |
| 2915 0000 - | 695.70 |
| | **$ 2,870.12** |

# Hemming Morse, Inc.

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone  (415) 836-4000
Facsimile  (415) 777-2062

Payable within 15 days from invoice date
A Finance Charge at 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, In~.

**Certified Public Accountants**
**Litigation and Forensic Consultants**

160 Spear Street, Suite 1
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2052
hm4@hemming.com
www.hemming.com

29159999
May 27, 2004
Invoice # 127093

**ATTN: Allied Administrators**
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA 94111

Detach and return this portion with your remittance

## INVOICE # 127093

For professional services rendered through April, 2004 as follows:

| | |
|---|---:|
| 2915 0068 - | $ 112.50 |
| 2915 0080 - | 200.00 |
| 2915 0100 - | 175.00 |
| 2915 0128 - | 120.00 |
| 2915 0130 - | 12.50 |
| 2915 0133 - | 12.60 |
| 2915 0134 - | 190.00 |
| 2915 0139 - | 12.50 |
| 2915 0140 - | 18.50 |
| 2915 0141 - | 25.00 |
| 2915 0142 - | 112.50 |
| 2915 0143 - | 87.50 |
| 2915 0144 - | 12.50 |
| 2915 0145 - | 774.50 |
| 2915 0146 - | 12.50 |
| 2915 0147 - Pro Tech | 237.50 |
| 2915 0148 - | 50.00 |
| 2915 0149 - | 112.50 |
| 2915 0150 - | 871.00 |
| 2915 0000 - | 461.75 |
| | **$ 3,610.75** |

# Hemming Morse, Inc.

**Certified Public Accountants**

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2052

Payable within 15 days from invoice d~
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

02-11-08  11:59am  From-HEMMING MORSE INC      +4154953692      T-066  P.06/20  F-029

# Hemming Morse, Inc.

**Certified Public Accountants**
**Litigation and Forensic Consultants**



160 Spear Street, Suite 160.
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 836-4001
hmi@hemming.com
www.hemming.com

29159999
June 29, 2004
Invoice # 127246

**ATTN:** Allied Administrators
Apartment Employees Pension Trust and
  Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### INVOICE # 127246

For professional services rendered through May, 2004 as follows:

| | |
|---|---|
| 2915 0080 - | 155.00 |
| 2915 0100 - | 155.00 |
| 2915 0127 - | 25.00 |
| 2915 0130 - | 25.00 |
| 2915 0133 - | 80.00 |
| 2915 0134 - | 0.83 |
| 2915 0136 - | 254.50 |
| 2915 0139 - | 25.00 |
| 2915 0140 - | 75.00 |
| 2915 0141 - | 37.50 |
| 2915 0142 - | 75.00 |
| 2915 0143 - | 1,132.50 |
| 2915 0144 - | 50.00 |
| 2915 0145 - | 167.50 |
| 2915 0146 - | 62.50 |
| 2915 0147 - Pro Tech | 39.08 |
| 2915 0148 - | 100.00 |
| 2915 0149 - | 12.50 |
| 2915 0150 - | 544.50 |

# Hemming Morse, Inc.

160 Spear Street, Suite 1900
San Francisco, CA 94111
Telephone (415) 836-4000

Payable within 15 days from invoice date
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on

ATTN: Allied Administrators
Apartment Employees Pension Trust and
    Welfare Fund
c/o Polly Baney
Page 2


| | |
|---|---|
| 2915 0151 - | 12.50 |
| 2915 0152 - | 62.50 |
| 2915 0000 - | 349.10 |
| | **$ 3,440.51** |

02-11-08   11:59am   From-HEMMING MORSE INC        +4154053662           T-066  P.08/20  F-029

# Hemming Morse, In.
### Certified Public Accountants
### Litigation and Forensic Consultants

160 Spear Street, Suite 19'
San Francisco, CA 94105
Telephone (415) 836-40CC
Facsimile (415) 777-20F?
hm@hemming.com
www.hemming.com

29159999
July 28, 2004
Invoice # 127363

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

- - - - - - - - - - - - - Detach and return this portion with your remittance - - - - - - - - - - - - -

## INVOICE # 127363

For professional services rendered through June, 2004 as follows:

| | |
|---|---:|
| 2915 0068 - | $   157.50 |
| 2915 0135 - | 149.35 |
| 2915 0139 - | 330.00 |
| 2915 0140 - | 305.00 |
| 2915 0142 - | 301.81 |
| 2915 0143 - | 155.00 |
| 2915 0144 - | 301.81 |
| 2915 0145 - | 12.50 |
| 2915 0146 - | 775.00 |
| 2915 0147 - Pro Tech | 2,703.88 |
| 2915 0148 - | 15.80 |
| 2915 0149 - | 474.75 |
| 2915 0150 - | 25.00 |
| 2915 0152 - | 844.50 |
| 2915 0000 - | |
| | 610.00 |
| | $ 7,161.90 |

# Hemming Morse, Inc.
### Certified Public Accountants
### Litigation and Forensic Consultants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hm@hemming.com

Payable within 15 days from invoice d
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account

# Hemming Morse, Inc.

*Certified Public Accountants*
*Litigation and Forensic Consultants*

160 Spear Street, Suite 15
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hmi@hemming.com
www.hemming.com

**29159999**
**August 27, 2004**
**Invoice # 127518**

ATTN: Allied Administrators
Apartment Employees Pension Trust and
    Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA 94111

*Detach and return this portion with your remittance*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 127518

For professional services rendered through July, 2004 as follows:

| | |
|---|---:|
| 2915 0127 - | $ 332.50 |
| 2915 0130 - | 682.50 |
| 2915 0133 - | 200.00 |
| 2915 0135 - | 372.70 |
| 2915 0139 - | 212.50 |
| 2915 0140 - | 200.00 |
| 2915 0141 - | 2,694.75 |
| 2915 0142 - | 187.50 |
| 2915 0143 - | 217.50 |
| 2915 0144 - | 200.00 |
| 2915 0145 - | 62.50 |
| 2915 0146 - | 122.50 |
| 2915 0147 - Pro Tech | 1,135.55 |
| 2915 0148 - | 255.26 |
| 2915 0151 - | 333.75 |
| 2915 0152 - | 50.00 |
| 2915 0000 - | 513.80 |
| | **$ 7,773.31** |



# Hemming Morse, Inc.

*Certified Public Accountants*
*Litigation and Forensic Consultants*

160 Spear Street, Suite 1900
San Francisco, CA 94135
Telephone (415) 836-4000
Facsimile (415) 777-2162
hmi@hemming.com



Payable within 15 days from invoice d
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

02-11-08    12:00pm    From-HEMMING MORSE INC            +4154953692        T-066    P.10/20    F-029

# Hemming Morse, Inc.

### Certified Public Accountants
### Litigation and Forensic Consultants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2011
hm@hemming.com
www.hemming.com

29159999
September 30, 2004
Invoice # 127704

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
     Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 127704

For professional services rendered through August, 2004 as follows:

| | |
|---|---:|
| 2915 0127 - | $    25.00 |
| 2915 0130 - | 501.51 |
| 2915 0135 - | 462.50 |
| 2915 0139 - | 122.50 |
| 2915 0140 - | 122.50 |
| 2915 0141 - | 3,982.76 |
| 2915 0142 - | 122.50 |
| 2915 0144 - | 122.50 |
| 2915 0145 - | 75.00 |
| 2915 0146 - | 12.50 |
| 2915 0147 - Pro Tech | 272.50 |
| 2915 0148 - | 87.50 |
| 2915 0149 - | 392.50 |
| 2915 0151 - | 100.00 |
| 2915 0152 - | 122.50 |
| 2915 0000 - | 579.20 |
| | $  7,103.47 |

# Hemming Morse, Inc.

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4300
Facsimile (415) 777-1162

Payable within 15 days from invoice d
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due accounts

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile  (415) 777-2062
hmi@hemming.com
www.hemming.com

29159999
November 29, 2004
Invoice # 128040

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
    Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 128040

For professional services rendered through October, 2004 as follows:

| | |
|---|---:|
| 2915 0127 - | $  187.50 |
| 2915 0128 - | 452.50 |
| 2915 0130 - | 182.50 |
| 2915 0133 - | 12.50 |
| 2915 0135 - | 100.00 |
| 2915 0141 - | 207.50 |
| 2915 0145 - | 95.00 |
| 2915 0147 - Pro Tech | 132.50 |
| 2915 0000 - | 324.70 |
| | $ 1,694.70 |

# Hemming Morse, Inc.

Certified Public Accountants

Payable within 15 days from invoice date.
A Finance Charge at 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, In...

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 1
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hmv@hemming.com
www.hemming.com

29159999
January 27, 2005
Invoice # 128247

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

## INVOICE # 128247

For professional services rendered through December, 2004 as follows:

| | |
|---|---:|
| 2915 0009 - | $ 68.63 |
| 2915 0074 - | 65.00 |
| 2915 0127 - | 37.50 |
| 2915 0128 - | 532.50 |
| 2915 0130 - | 122.50 |
| 2915 0135 - | 471.37 |
| 2915 0141 - | 1,207.50 |
| 2915 0147 - Pro Tech | 632.50 |
| 2915 0148 - | 137.50 |
| 2915 0000 - | 462.55 |
| | **$ 3,737.55** |

# Hemming Morse, Inc.

Certified Public Accountants

180 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062

Payable within 15 days from invoice date.
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 1F
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hm@hemming.com
www.hemming.com

29159999
February 28, 2005
Invoice # 128379

ATTN: Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

— - — - — - — - — - — - — - — - — - — - — - — - — - — - — - — - — -

## INVOICE # 128379

For professional services rendered through January, 2005 as follows:

| | |
|---|---:|
| 2915 0096 - | $   97.50 |
| 2915 0135 - | 17.50 |
| 2915 0141 - | 37.50 |
| 2915 0145 - | 37.50 |
| 2915 0147 - Pro Tech | 695.00 |
| 2915 0148 - | 507.50 |
| 2915 0000 – | 360.00 |
| | $ 1,752.50 |



# Hemming Morse, Inc.

Certified Public Accountants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062

Payable within 15 days from invoice da
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 15
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hm@hemming.com
www.hemming.com

29159999
March 28, 2005
Invoice # 128510

ATTN: Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA 94111

Detach and return this portion with your remittance

---

## INVOICE # 128510

For professional services rendered through February, 2005 as follows:

| | |
|---|---|
| 2915 0127 - | $ 148.13 |
| 2915 0135 - | 190.00 |
| 2915 0141 - | 216.15 |
| 2915 0145 - | 12.50 |
| 2915 0147 - Pro Tech | 82.50 |
| 2915 0148 - | 180.00 |
| 2915 0000 - | 278.85 |
| | $ 1,108.13 |

# Hemming Morse, Inc.

Certified Public Accountants

160 Spear Street, Suite 1300
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062

Payable within 15 days from invoice date
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, Inc.

### Certified Public Accountants
### Litigation and Forensic Consultants

160 Spear Street, Suite 19
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hmv@hemming.com
www.hemming.com

29159999
April 28, 2005
Invoice # 128672

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
    Welfare Fund
c/o Polly Baney
777 Davis Street
San Francisco, CA  94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 128672

For professional services rendered through March, 2005 as follows:

| | |
|---|---:|
| 2915 0141 - | $ 25.00 |
| 2915 0145 - | 25.00 |
| 2915 0147 - Pro Tech | 1,135.00 |
| 2915 0148 - | 1.88 |
| 2915 0000 - | 460.00 |
| | $ 1,646.88 |

# Hemming Morse, Inc.

### Certified Public Accountants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777 2062

Payable within 15 days from invoice
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 1911
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hmi@hemming.com
www.hemming.com

29159999
May 31, 2005
Invoice # 128800

ATTN: Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
633 Battery Street, 2nd Floor
San Francisco, CA 94111

Detach and return this portion with your remittance

----------------------------------------------------------------

## INVOICE # 128800

For professional services rendered through April, 2005 as follows:

| | |
|---|---:|
| 2915 0133 - | $    180.00 |
| 2915 0141 - | 12.50 |
| 2915 0145 - | 613.23 |
| 2915 0147 - Pro Tech | 1,600.00 |
| 2915 0000 - | 293.25 |
| | **$  2,698.98** |

# Hemming Morse, Inc.

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062

Payable within 15 days from invoice date.
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 19
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hmi@hemming.com
www.hemming.com

29159999
June 29, 2005
Invoice # 128928


ATTN:  Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
633 Battery Street, 2nd Floor
San Francisco, CA 94111

Detach and return this portion with your remittance

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## INVOICE # 128928

For professional services rendered through May, 2005 as follows:

| | |
|---|---:|
| 2915 0145 - | $   37.50 |
| 2915 0147 - Pro Tech | 50.00 |
| 2915 0153 - | 50.00 |
| 2915 0154 - | 37.50 |
| 2915 0155 - | 37.50 |
| 2915 0156 - | 37.50 |
| 2915 0157 - | 37.50 |
| 2915 0158 - | 37.50 |
| 2915 0159 - | 50.00 |
| 2915 0160 - | 50.00 |
| 2915 0161 - | 50.00 |
| 2915 0162 - | 50.00 |
| 2915 0163 - | 50.00 |
| 2915 0164 - | 50.00 |
| 2915 0165 - | 37.50 |
| 2915 0166 - | 37.50 |
| 2915 0167 - | 37.50 |
| 2915 0168 - | 37.50 |
| 2915 0000 - | 152.50 |
| | $  927.50 |

# Hemming Morse, Inc.

Certified Public Accountants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062

Payable within 15 days from invoice
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account.

02-11-08  12:01pm  From-HEMMING MORSE INC   +4154953692   T-066  P.18/20  F-028

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 1901
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hm@hemming.com
www.hemming.com

29159999
August 4, 2005
Invoice # 129027

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
   Welfare Fund
c/o Polly Baney
633 Battery Street, 2nd Floor
San Francisco, CA 94111

Detach and return this portion with your remittance

## INVOICE # 129027

For professional services rendered through June, 2005 as follows:

| | |
|---|---:|
| 2915 0130 - | $   72.00 |
| 2915 0141 - | 341.29 |
| 2915 0145 - | 187.50 |
| 2915 0147 - Pro Tech | 220.00 |
| 2915 0166 - | 45.00 |
| 2915 0000 - | 306.35 |
| | **$ 1,172.14** |

# Hemming Morse, Inc.

Certified Public Accountants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836 4000
Facsimile (415) 777 2062

Payable within 15 days from invoice
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due account

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 19..
San Francisco, CA 94105
Telephone  (415) 836-4000
Facsimile  (415) 777-2062
hm@hemming.com
www.hemming.com

29159999
August 29, 2005
Invoice # 129120

ATTN:  Allied Administrators
Apartment Employees Pension Trust and
  Welfare Fund
c/o Polly Baney
633 Battery Street, 2nd Floor
San Francisco, CA 94111

Detach and return this portion with your remittance

## INVOICE # 129120

For professional services rendered through July, 2005 as follows:

|                          |          |
| ------------------------ | -------- |
|                          | $ 155.00 |
| 2915 0141 -              | 32.50    |
| 2915 0145 -              | 122.50   |
| 2915 0147 - Pro Tech     | 37.50    |
| 2915 0153 -              | 62.50    |
| 2915 0154 -              | 12.50    |
| 2915 0155 -              | 37.50    |
| 2915 0156 -              | 75.00    |
| 2915 0157 -              | 50.00    |
| 2915 0158 -              | 12.50    |
| 2915 0159 -              | 50.00    |
| 2915 0160 -              | 75.00    |
| 2915 0161 -              | 25.00    |
| 2915 0162 -              | 37.50    |
| 2915 0163 -              | 87.50    |
| 2915 0164 -              | 50.00    |
| 2915 0165 -              | 506.80   |
| 2915 0166 -              | 150.00   |
| 2915 0167 -              | 100.00   |
| 2915 0168 -              |          |
| 2915 0000 -              | 684.25   |
|                          | $ 2,363.55 |

# Hemming Morse, Inc.

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone  (415) 836-4000
Facsimile  (415) 777-2062

Payable within 15 days from invoice.
A Finance Charge of 1½% per month,
annual rate of 18%, will be charged on
past due accounts.

# Hemming Morse, Inc.

Certified Public Accountants
Litigation and Forensic Consultants

160 Spear Street, Suite 190
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062
hmi@hemming.com
www.hemming.com

29159999
January 4, 2006
Invoice # 129805

ATTN: Allied Administrators
Apartment Employees Pension Trust and
  Welfare Fund
c/o Polly Baney
633 Battery Street, 2nd Floor
San Francisco, CA 94111

Detach and return this portion with your remittance

## INVOICE # 129805

For professional services rendered through November, 2005 as follows:

|  |  |
|---|---|
| 2915 0026 - | $      65.00 |
| 2915 0147 - Pro Tech | 12.50 |
| 2915 0153 - | 432.82 |
| 2915 0154 - | 360.00 |
| 2915 0155 - | 410.00 |
| 2915 0156 - | 31.44 |
| 2915 0157 - | 582.69 |
| 2915 0158 - | 460.00 |
| 2915 0159 - | 29.90 |
| 2915 0160 - | 15.60 |
| 2915 0161 - | 4.72 |
| 2915 0162 - . | 227.70 |
| 2915 0163 - | 240.06 |
| 2915 0164 - | 306.03 |
| 2915 0165 - | 292.60 |
| 2915 0166 - | 322.50 |
| 2915 0167 - | 281.79 |
| 2915 0168 - | 1.69 |
| 2915 0000 - | 472.36 |
|  | $  4,549.40 |

# Hemming Morse, Inc.

Certified Public Accountants

160 Spear Street, Suite 1900
San Francisco, CA 94105
Telephone (415) 836-4000
Facsimile (415) 777-2062

Payable within 15 days from invoice
A Finance Charge of 1 / % per month,
annual rate of 18%, will be charged on
past due accounts

Charles Gilchrist, et al. v. Professional Technical Security
Services, Inc.,
Case No. CV 07-5803-MJJ
United States District Court – Northern District of
California – San Francisco Division

# EXHIBIT C

## To Declaration of Elginia Bowers In Support of Motion for Default Judgment

## ProTech invoice amounts:

### 2004

| | |
|---|---:|
| January | 0 |
| February | 87.38 |
| March | 400.00 |
| April | 237.50 |
| May | 39.08 |
| June | 2,703.88 |
| July | 1,135.55 |
| August | 272.50 |
| September | 0.00 |
| October | 132.50 |
| November | 0.00 |
| December | 632.50 |

$5,640.89

### 2005

| | |
|---|---:|
| January | 695.00 |
| February | 82.50 |
| March | 1,135.00 |
| April | 1,600.00 |
| May | 50.00 |
| June | 220.00 |
| July | 122.50 |
| August | 0.00 |
| September | 0.00 |
| October | 0.00 |
| November | 12.50 |
| December | 0.00 |

$3,917.50

$9,558.39

## EXHIBIT C