Charles Gilchrist, et al. v. Professional Technical Security
Services, Inc.,
Case No. CV 07-5803-CRB
United States District Court – Northern District of
California – San Francisco Division

# EXHIBIT A

To Declaration of Linelle S. Mogado
In Support of Motion for Default
Judgment

# California Business Portal

## Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "OCT 19, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| PROFESSIONAL TECHNICAL SECURITY SERVICES, INC. | | |
| Number: C1976020 | Date Filed: 7/31/1996 | Status: active |
| Jurisdiction: DELAWARE | | |
| Address | | |
| 625 MARKET ST 9TH FL | | |
| SAN FRANCISCO, CA 94105 | | |
| Agent for Service of Process | | |
| SERGIO REYES JR | | |
| 625 MARKET ST 9TH FL | | |
| SAN FRANCISCO, CA 94105 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.