1  CHRISTIAN L. RAISNER, Bar No. 133839
   ANDREA LAIACONA, Bar No. 208742
2  LINELLE S. MOGADO, Bar No. 236489
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone: 510.337.1001
5  Facsimile:  510.337.1023
   E-mail: courtnotices@unioncounsel.net
6
   Attorneys for Plaintiffs
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          (SAN FRANCISCO DIVISION)

11 | CHARLES GILCHRIST AND MATTHEW B. ) No.   CV 07-5803-CRB
    HALLINAN, in their capacities as Trustees of )
12 | APARTMENT EMPLOYEES PENSION     )
    TRUST FUND, and APARTMENT        ) **PROOF OF SERVICE**
13 | EMPLOYEES WELFARE FUND,          )
                                     )
14          Plaintiffs,               ) DATE:      April 4, 2008
                                     ) TIME:      10:00 a.m.
15     v.                            ) COURTRM:   8, 19th Floor
                                     )
16 | PROFESSIONAL TECHNICAL SECURITY )
    SERVICES, INC. (PROTECH), a Delaware )
17  Corporation,                     )
                                     )
18          Defendant.                )

19
        I am a citizen of the United States, and a resident of the State of California. I am over the
20
    age of eighteen years, and not a party to the within action. My business address is 1001 Marina
21
    Village Parkway, Suite 200, Alameda, California 94501-1091. On February 20, 2008, I served
22
    upon the following parties in this action:
23
        Professional Technical Security Services, Inc.          Counsel for Defendant
24      Attn: Sergio Reyes, Jr. – Agent for Service of Process
        625 Market Street, 9th Floor
25      San Francisco, CA  94105

26  copies of the document(s) described as:

27                  **See Attached List of Documents Served**

28  ///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Proof of Service

Case No. C 07-05803 CRB

**[X]**    **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**    **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**    **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**    **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on February 20, 2008.

                                                 /s/ J. L Aranda
                                                 J.L. Aranda

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Proof of Service

Case No. C 07-05803 CRB

**DOCUMENTS SERVED**

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

DECLARATION OF ELGINIA BOWERS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

DECLARATION OF MARY ANN MONTOYA IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

DECLARATION OF LINELLE S. MOGADO IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

PROOF OF SERVICE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Proof of Service

Case No. C 07-05803 CRB