**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GILCHRIST, | No. C 07-05803 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| PROFESSIONAL TECHNICAL SECURITY, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, April 4, 2008 at 10:00 a.m. to be held with the motion for default judgment before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 6, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy