1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GILCHRIST,

        Plaintiff,

  v.

PROFESSIONAL TECHNICAL SECURITY
SERVICES INC.,

        Defendant.

_____/

No. C 07-05803 CRB

**ORDER GRANTING MOTION FOR
DEFAULT JUDGMENT**

    This is an ERISA action for unpaid contributions to Apartment Employees Pension
Trust Fund and Apartment Employees Welfare Fund.  Now before the Court is plaintiffs'
motion for default judgment.  Defendant Professional Technical Security Services has not
responded to plaintiffs' motion even though the deadline has passed.  <u>See</u> Northern District
of California Civil Local Rule 7-3(a).  After carefully considering the papers filed by
plaintiffs, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and
GRANTS the motion for default judgment.

**BACKGROUND**

    Plaintiffs filed this ERISA action in November 2007 to recover unpaid contributions
owed for the period January 1, 2002 through April 30, 2004, plus liquidated damages,
interest, and attorney's fees and costs.  Plaintiffs also seek an injunction directing defendant
to submit to an audit for the period May 1, 2004 to the present. Defendant was served with

the complaint, but failed to answer or otherwise communicate with the Court.  Default against defendants was entered on February 6, 2008.  Plaintiffs now move for a default judgment.

Plaintiffs' evidence establishes that defendant has failed to make required contributions for the above period in the total amount of $25,351.20.  The evidence also proves that defendant owes plaintiffs $3,518.67 in interest on the unpaid amount and $2,535.19 in liquidated damages.  The record also establishes that defendant owes plaintiffs $5,076.25 in attorney's fees and $638.25 in costs.

## DISCUSSION

ERISA provides that

[e]very employer who is obligated to make contributions to a multiemployer

plan under the terms of a collectively bargained agreement shall to the extent

not inconsistent with law, make such contributions in accordance with the

terms and conditions of such plan or such agreement.

29 U.S.C. § 1145. ERISA also authorizes an award of interest on delinquent and unpaid contributions, as well as liquidated damages and attorney's fees and costs in an action for collection of contributions.  See 29 U.S.C. § 1132(g).  In the Ninth Circuit, to qualify for an award of statutory liquidated damages, unpaid contributions must exist at the time the lawsuit was filed.  See Idaho Plumbers & Pipe Fitters Health and Welfare Fund v. United Mechanical Contractors, Inc., 875 F.2d 212, 215 (9th Cir.1989). This requirement is satisfied here.

As the allegations of the complaint are accepted as true, and as the evidence establishes that defendant owes plaintiffs a sum certain, plaintiffs' motion for a default judgment is GRANTED in the total amount of $37,119.56.  Defendant is further ordered to submit to an audit by the plaintiffs, covering the time period beginning May 1, 2004 to the present date, at defendant's premises or the location where the records are kept, during business hours, and to allow the auditors to examine and copy such books, records, papers,

United States District Court
For the Northern District of California

1   and reports relevant to the enforcement of the collective bargaining agreement or Trust

2   Agreements.

3        The Court will not issue an injunction ordering defendant to pay any delinquent

4   amounts discovered in the audit as such delinquency has not yet been discovered and

5   defendant is already obligated to pay such amounts, if any.  The Court will issue a judgment

6   in accordance with this Order.

7        **IT IS SO ORDERED.**

8   Dated: March 26, 2008



9                                                CHARLES  R. BREYER
                                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California