IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GILCHRIST,

        Plaintiff,

  v.

PROFESSIONAL TECHNICAL SECURITY SERVICES INC.,

        Defendant(s).

                          No. CV-07-5803 CRB

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that plaintiffs' motion for a default judgment is GRANTED in the total amount of  $37,119.56.

Dated: April 1, 2008                                  Richard W. Wieking, Clerk

                                                            By: Frank Justiliano
Deputy Clerk