UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES GILCHRIST et al,

        Plaintiff,

v.

PROFESSIONAL TECHNICAL SECURITY et al,

        Defendant.

Case Number: CV07-05803 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrea Laiacona
Weinberg Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

Christian Lee Raisner
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway
Alameda, CA 94501-1094

Linelle S Mogado
Weinberg , Roger & Rosenfeld
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501

Dated: April 1, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk