CHRISTIAN L. RAISNER, Bar No. 133839
ANDREA LAIACONA, Bar No. 208742
LINELLE S. MOGADO, Bar No. 236489
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Facsimile: 510.337.1023
E-mail: courtnotices@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHARLES GILCHRIST AND MATTHEW B. HALLINAN, in their capacities as Trustees of APARTMENT EMPLOYEES PENSION TRUST FUND, and APARTMENT EMPLOYEES WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL TECHNICAL SECURITY SERVICES, INC. (PROTECH), a Delaware Corporation,<br><br>Defendant. | No.   CV 07-5803-CRB<br><br>**NOTICE OF ENTRY OF JUDGMENT IN A CIVIL CASE** |

On April 1, 2008, the attached Judgment In A Civil Case was entered against Professional Technical Security Services, Inc.

Dated: April 3, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
CHRISTIAN L. RAISNER
ANDREA LAIACONA
LINELLE S. MOGADO
Attorneys for Plaintiffs

NOTICE OF ENTRY OF JUDGMENT IN A CIVIL CASE

Case No. C 07-05803 CRB

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On April 3, 2008, I served upon the following parties in this action:

> Professional Technical Security Services, Inc.
> Attn: Sergio Reyes, Jr. – Agent for Service of Process
> 625 Market Street, 9th Floor
> San Francisco, CA 94105

copies of the document(s) described as:

### NOTICE OF ENTRY OF JUDGMENT IN A CIVIL CASE

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on April 3, 2008.

*/s/ J.L. Aranda*
J.L. Aranda

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

ELECTRONIC

APR 0 1 2008

FILING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GILCHRIST,

No. CV-07-5803 CRB

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

PROFESSIONAL TECHNICAL SECURITY SERVICES INC.,

Defendant(s).
_____/

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that plaintiffs' motion for a default judgment is GRANTED in the total amount of $37,119.56.

Dated: April 1, 2008                           Richard W. Wieking, Clerk

                                               By: Frank Justiliano
                                               Deputy Clerk

DOCKET

ELECTRONIC
APR 0 1 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES GILCHRIST et al,

    Plaintiff,

v.

PROFESSIONAL TECHNICAL SECURITY et al,

    Defendant.
                                      /

Case Number: CV07-05803 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrea Laiacona
Weinberg Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091

Christian Lee Raisner
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway
Alameda, CA 94501-1094

Linelle S Mogado
Weinberg , Roger & Rosenfeld
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501

Dated: April 1, 2008

                                          Richard W. Wieking, Clerk
                                          By: Frank Justiliano, Deputy Clerk

Document Selection Menu

APR 0 1 2008

**Multiple Documents**

To view the main document and its attachments without incurring a PACER fee, click on the hyperlinks displayed on this menu. You may incur a PACER fee to view CM/ECF documents from hyperlinks within the documents.

Select the document you wish to view.

| Part | Description | |
|---|---|---|
| 1 | Main Document | 1 page |
| 2 | Certificate of Service | 1 page |

**Joe Tsang**

| | |
|---|---|
| **From:** | Court Notices |
| **Sent:** | Tuesday, April 01, 2008 3:35 PM |
| **To:** | Joe Tsang |
| **Subject:** | FW: Activity in Case 3:07-cv-05803-CRB Gilchrist et al v. Professional Technical Security Services Inc (Protech) Clerk's Judgment |

ELECTRONIC
APR 01 2008

---

**From:** ECF-CAND@cand.uscourts.gov[SMTP:ECF-CAND@CAND.USCOURTS.GOV]
**Sent:** Tuesday, April 01, 2008 3:32:41 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:07-cv-05803-CRB Gilchrist et al v. Professional Technical Security Services Inc (Protech) Clerk's Judgment
**Auto forwarded by a Rule**


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/1/2008 3:32 PM and filed on 4/1/2008
**Case Name:** Gilchrist et al v. Professional Technical Security Services Inc (Protech)
**Case Number:** 3:07-cv-5803
**Filer:**
**WARNING: CASE CLOSED on 03/28/2008**
**Document Number:** 18

**Docket Text:**
**JUDGMENT IN A CIVIL CASE in favor of Charles Gilchrist against Professional Technical Security Services Inc (Protech) (Attachments: # (1) Certificate of Service)(fj, COURT STAFF) (Filed on 4/1/2008)**

4/1/2008

**3:07-cv-5803 Notice has been electronically mailed to:**

Andrea Laiacona    courtnotices@unioncounsel.net

Linelle S Mogado    courtnotices@unioncounsel.net

Christian Lee Raisner    courtnotices@unioncounsel.net

**3:07-cv-5803 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\usdc\My Documents\07-5803.jgmt.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/1/2008] [FileNumber=4266337-0] [
0257fb1cabc218b9f4af1479d03b4a1f943dd97dc84695fe11d8ffdffbb594160fbaa2
31520ff7bd91e40315c4a0009fec9a1903811f70e90576c38dbcc24e66]]
**Document description:** Certificate of Service
**Original filename:** C:\Documents and Settings\usdc\My Documents\07-5803cos.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/1/2008] [FileNumber=4266337-1] [
8c2ed4369645167ca8ae7b57da11d71d129b2e560081557589fc9131eb650c3549bd5b
f49fb58aaa010e2c441e59740e09ab9456fe9aabbbef0d2653aa764ba4]]

4/1/2008