| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to:<br>Linelle S. Mogado SBN 236489<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | 510.337.1001 | |

| NAME OF COURT: U.S. DISTRICT COURT |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |
| MAILING ADDRESS: 450 Golden Gate Avenue |
| CITY AND ZIP CODE: San Francisco, CA 94102 |
| PHONE NUMBER: |

| PLAINTIFF: Charles Gilchrist and Matthew B. Hallinan, Trustees, et al. | |
|---|---|
| DEFENDANT: Professional Technical Security Services, Inc. | CASE NUMBER:<br>CV 07-5803-CRB |

## ABSTRACT OF JUDGMENT

1. The [X] judgment creditor [ ] assignee of record applied for an abstract of judgment and represents the following:

    a. Judgment debtor's

    ┌─ Name and last known address ─┐
    Professional Technical Security
    Services, Inc.
    645 Market Street, 9th Fl
    San Francisco, CA 94105
    └───────────────────────────────┘

    b. Driver's license no. & state: _____ [ ] Unknown
    c. Social Security no.: _____ [ ] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

    e. [ ] Additional judgment debtors are shown on reverse.

    Date: April 11, 2008

    Linelle S. Mogado
    (TYPE OR PRINT NAME)

    /s/ (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor (name): Charles Gilchrist and Matthew B. Hallinan Trustees of Apartment Employees Pension Trust Fund and Welfare Fund whose address appears on this form above the court's name.

4. Judgment debtor (full name as it appears in judgment):
   Professional Technical Security Services, Inc.

5. a. Judgment entered on (date): April 1, 2008
   b. Renewal entered on (date):
   c. Renewal entered on (date):

6. Total amount of judgment as entered or last renewed:
   ~~$57,720~~ $37,119.56

7. [ ] An [ ] execution [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. [X] not been ordered by the court
   b. [ ] been ordered by the court effective until (date):

9. [ ] This judgment is an installment judgment.

MARIA LOO

Clerk, by _____, Deputy

Date Issued  APR 15 2008

**ABSTRACT OF JUDGMENT**                                NDC-186